IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JAMES R. HUGGINS                                                    PLAINTIFF

vs.                                    Civil No. 3:11-cv-03068

MICHAEL J. ASTRUE                                                   DEFENDANT
Commissioner, Social Security Administration

## MEMORANDUM OPINION

Before this Court is Defendant's Motion to Reverse and Remand.  ECF No. 7.  The parties

have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case,

including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment

proceedings.  ECF No. 5.  Pursuant to this authority, this Court issues this Memorandum Opinion.

On January 11, 2012, Defendant filed the present Motion.  ECF No. 7.  Defendant seeks a

remand pursuant to Sentence 6 of 42 U.S.C. § 405(g) for further administrative proceedings.  *Id.*

Specifically, Defendant requests a remand so that the file and cassette tape recording of the hearing

can be located.  Plaintiff has not responded to this Motion, and the time to respond has expired.

Accordingly, Defendant's Motion to Reverse and Remand (ECF No. 7) is **GRANTED.**  A judgment

incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 13th day of February, 2012.**

s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE